IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**JULIE SU, ACTING SECRETARY OF**
**LABOR, UNITED STATES**
**DEPARTMENT OF LABOR,**

    Plaintiff,

v.                                                     Civil Action No. 2:22-cv-00371
                                                       Hon. Thomas E. Johnston

**CHARLES HATFIELD AND**
**WILLIAMSON MEMORIAL HOSPITAL**
**LLC EMPLOYEE BENEFIT PLAN,**

    Defendants.

## STIPULATION

NOW COME Plaintiff Julie Su, Acting Secretary of Labor, United States Department of Labor, by and through her counsel, Michael R. Hartman, and Defendant Charles Hatfield ("Hatfield"), by and through his counsel, Edward P. Tiffey and Tiffey Law Practice, PLLC, pursuant to Local Rules 11.2 and 12.1, and hereby stipulate that Hatfield shall respond to the First Amended Complaint on or before May 16, 2024, and also respond to Plaintiffs' First Set of Interrogatories and First Request for Production on or before May 16, 2024.

The parties and counsel enter into this Stipulation without seeking to modify the current Scheduling Order and its pre-trial deadlines. Further, the parties and counsel intend for this Stipulation to supersede Hatfield's pending Motion for Extension of Time (Docket No. 33).

**IT IS SO STIPULATED this 30th day of April, 2024.**

| | |
|---|---|
| */s/ Michael R. Hartman* | */s/ Edward P. Tiffey* |
| Michael R. Hartman | Edward P. Tiffey |
| **U.S. DEPARTMENT OF LABOR** | **TIFFEY LAW PRACTICE, PLLC** |
| 201 Varick Street | 205 Capitol Street, 4th Floor |
| Room 983 | P. O. Box 3785 |
| New York, NY 10014 | Charleston, WV 25337-3785 |
| (646) 264-3673 | (304) 344-3200 |
| Hartman.Michael@dol.gov | (304) 344-9989 (fax) |
| *Counsel for Plaintiff* | ed@tiffeylaw.com |
| | *Counsel for Defendant Charles Hatfield* |